AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**JOHN D. ANDRIES**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case 1.21-mj-00175
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/28/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    John D. Andries
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D)(E)&(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

2021.01.28
14:57:21 -05'00'

Date:     01/28/2021

*Issuing officer's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/28/2021<br>at *(city and state)* Saint Mary's County, MD.<br><br>Date: 2/4/2021 | , and the person was arrested on *(date)* 2/4/2021<br><br>*Arresting officer's signature*<br><br>JAMSHID OCHILOV, Special Agent FBI<br>*Printed name and title* |