# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-93 |
| **JOHN ANDRIES** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Elizabeth Kelley as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully Submitted,

    Matthew M. Graves
    United States Attorney
    D.C. Bar 481052

By: _/s/ Elizabeth Kelley_____
    ELIZABETH C. KELLEY
    Assistant United States Attorney
    D.C. Bar No. 1005031
    United States Attorney's Office
    555 4th Street, N.W.
    Washington, DC 20530
    202-252-7238
    Elizabeth.Kelley@usdoj.gov