**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-93 (RC) |
| | : | |
| JOHN D. ANDRIES, | : | Re Document No.:   20 |
| | : | |
| Defendant. | : | |

# ORDER

**DENYING DEFENDANT'S MOTION TO DISMISS COUNTS I, II, AND III OF THE SUPERSEDING INDICTMENT**

For the foregoing reasons, Defendant's Motion to Dismiss Counts I, II, and III of the Superseding Indictment (ECF No. 20) is **DENIED**.

**SO ORDERED**.

Dated: 03/14/2022                                                                 RUDOLPH CONTRERAS
                                                                                              United States District Judge