**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | |
| v.   : | No. 21-CR-93 (RC) |
| : | |
| JOHN D. ANDRIES,   : | |
| Defendant.   : | |

## GOVERNMENT'S SECOND SUPPLEMENTAL BRIEF ADDRESSING 18 U.S.C. § 1512(c)(2) AND *UNITED STATES V. MILLER*

On March 7, 2022, Judge Nichols granted a motion to dismiss a count charging defendant Garret Miller with a violation of 18 U.S.C. § 1512(c)(2), which prohibits corruptly obstructing, influencing, or impeding an official proceeding. *United States v. Miller*, No. 21-cr-119, ECF 73, Order (D.D.C. Mar. 7, 2022). Relying on the *Miller* decision, the defendant filed a Second Motion to Dismiss Count One of the Superseding Indictment in the case at bar on March 15, 2022. The government responded in opposition on April 4, 2022.

The government respectfully submits the attached Decision and Order from Hon. John D. Bates, issued May 2, 2022, as supplemental authority to the government's response in opposition.

The government continues to assert the Court should not dismiss the count charging a violation of Section 1512(c)(2).

2

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052


By: /s/ *Douglas G. Collyer*
    Douglas G. Collyer
    Assistant United States Attorney (Detailee)
    NDNY Bar No.: 519096
    14 Durkee Street, Suite 340
    Plattsburgh, New York 12901
    (518) 314-7800
    Douglas.Collyer@usdoj.gov

    */s/ James I. Pearce*
    James I. Pearce
    Appellate Counsel to the Capitol Siege Section
    United States Attorney's Office
    NC Bar No. 44691
    555 Fourth Street, N.W.
    Washington, DC 20530
    James.Pearce@usdoj.gov
    (202) 532-4991