# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-093 (RC) |
| : | |
| **JOHN D. ANDRIES,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Maria Jacob, counsel for John D. Andries ("the defendant"), hereby submit the following Joint Status Report. The parties also respectfully move the Court to continue the Status Conference currently scheduled for July 18, 2022 for a period of approximately 30 days and to convert the hearing to a plea agreement hearing and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in a superseding indictment with: Obstruction of an Official Proceeding and Aiding and Abetting, in violation of Title 18, United States Code, § 1512(c)(2) and 2, Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 15).

2. The government has informally extended a plea offer to the defendant who has advised the plea offer is acceptable. Time is needed to finalize the formal offer and plea agreement paperwork.

3. The parties believe it is in the interest of justice to toll the Speedy Trial Act while plea agreement paperwork is finalized and executed. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

4. Therefore, the parties request the July 18, 2022 Status Conference be continued for approximately 30 days, converted to a plea agreement hearing and that there is an exclusion of time under the Speedy Trial Act from July 18, 2022, through the scheduled plea agreement hearing.

5. The defendant is out of custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/                                  /s/

| | |
|---|---|
| Douglas G. Collyer | Maria Jacob |
| Assistant United States Attorney | Federal Public Defender |
| Capitol Riot Detailee | Counsel for John D. Andries |
| NDNY Bar No.: 519096 | Federal Defenders New York |
| 14 Durkee Street, Suite 340 | 625 Indiana Ave, N.W. Suite 550 |
| Plattsburgh, NY 12901 | Washington, D.C. 20004 |
| (518) 314-7800 | (202) 208-7500 |
| Douglas.Collyer@usdoj.gov | Maria_Jacob@fd.org |