## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 21-93 (RC) |
| : | |
| JOHN D. ANDRIES, : | |
| : | |
| Defendant. : | |

## **SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **January 10, 2023, at 10:00 a.m.** via Zoom Video;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **November 28, 2022**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **December 12, 2022**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **December 19, 2022**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **January 3, 2023**, with all responses (if any) due by **January 6, 2023**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: 08/23/2022                                                                  RUDOLPH CONTRERAS
                                                                                                       United States District Judge