UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**      : | |
| : | |
|      **v.**                                     : | Case No. 21-cr-093 (RC) |
| : | |
| **JOHN D. ANDRIES,**               : | |
| : | |
|     **Defendant.**                   : | |

**STATUS REPORT AND MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Status Report. The government also respectfully moves the Court to continue the Sentencing currently scheduled for January 10, 2023 to January 17 or 18, 2023. In support of the Motion, the government represents:

1. The defendant is before the Court charged in a superseding indictment with: Obstruction of an Official Proceeding and Aiding and Abetting, in violation of Title 18, United States Code, § 1512(c)(2) and 2, Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 15).

2. On August 23, 2022, as part of a plea agreement, the defendant pled guilty to Obstruction of an Official Proceeding and Aiding and Abetting, in violation of Title 18, United States Code, § 1512(c)(2) and 2 in satisfaction of the charges against him.

3. The Court set sentencing for January 10, 2023 at 10 am in person in Washington, D.C.

4. Government counsel for this case is based in Plattsburgh, New York and has a second sentencing set for January 18, 2023 at 2 pm in person in Washington, D.C.  In an effort to consolidate travel, the government seeks an adjournment of the sentencing in the Andries matter from January 10, 2023 to January 17, 2023 or the morning of January 18, 2023. Defense counsel advised they are available on those dates and times and do not object to the rescheduling request.

5. Therefore, the government requests the January 10, 2023 Sentencing be continued to January 17, 2023 or the morning of January 18, 2023.

6. The defendant is out of custody.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov