# St. Mary's County Sheriff's Office

Incident Report

**Report:** 02/25/2022 23:37
**Case Number:** 01-22-009528

## Incident

| Case Number: 01-22-009528 | Report: 02/25/2022 23:37 | Occured From: 02/25/2022 23:37 | Occured To: 02/25/2022 23:37 | Report Type: Original |
|---|---|---|---|---|
| **Department Classification:** ASSAULT | **Case Status:** CLEARED BY ARREST | **Case Status Date:** 03/03/2022 | | **Cleared:** 02/26/2022 0:45 |
| **Common Name:** ACTION LOUNGE AND BILLIARDS 25470 POINT LOOKOUT RD LEONARDTOWN MARYLAND 20650 (ST MARYS County) | | | | |

**Day of Week:** Friday
**Dispatched:** 02/25/2022 23:37
**Responded:** 02/25/2022 23:37
**Arrived:** 02/25/2022 23:37
**Map Reference:** LEON2F1
**User Defined Table 1:** YES
**User Defined Table 2:** N/A EXPLAIN
**User Defined Table 3:** NO

**Location Type:** BAR/NIGHT CLUB
**District:** DISTRICT 2
**Zone/Division:** BEAT F1
**Beat Assignment:** SECTOR F
**Alcohol Related:** YES
**Drug Related:** NO
**Total Recovered Property value:** $30.00

**Related Cases**

**Case Number:** 9529-22

**Case Number:** 9532-22

## Offense 1 -

| State Classification: | Federal Classification: SIMPLE ASSAULT | Location Type: BAR/NIGHT CLUB | Disposition Date: 02/25/2022 |
|---|---|---|---|

**Offense Information**

**Attempted/Commited:** COMMITTED
**Attack Reason:** ALCOHOL
**Where Entry:**
**Where Exit:**
**Forced Entry:** N/A
**Federal Disposition:** CLEARED BY ARREST - ADULT

## Offense 2 -

| State Classification: | Federal Classification: DISORDERLY CONDUCT/DRUNK & DISORDER | Location Type: BAR/NIGHT CLUB | Disposition Date: 02/25/2022 |
|---|---|---|---|

**Offense Information**

**Attempted/Commited:** COMMITTED
**Where Entry:**
**Where Exit:**
**Forced Entry:** N/A
**Federal Disposition:** CLEARED BY ARREST - ADULT

| **Reporting Officer:** | **Department:** ST MARYS SHERIFF S OFFICE | **Report Status:** Approved |
|---|---|---|
| **Supervising Officer:** | | **Date/Time:** 02/26/2022 21:22 |
| **Verifying Officer:** | **Department:** St. Mary's County Sheriff's Office | **Date/Time:** 03/03/2022 9:15 |

01-22-009528

# Person 1 - JOHN DANIEL ANDRIES

| Person Type: SUSPECT/ARRESTEE | Home Phone: | Business Phone: | Other Phone: |
|---|---|---|---|
| Race: WHITE | Sex: Male | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: | Birth Place: | |

**Person Address:**

**Employer Information:**

**Person Information**

**Age:** 036
**Driver License State:** MARYLAND
**Driver License Country:** UNITED STATES
**Ethnic Origin:** NON-HISPANIC

**Minimum Height:** 5'10"
**Minimum Weight:** 190 lbs.
**Adult/Juvenile:** ADULT
**Arrest Number:** 01-22-009532

**Description**

**Hair Color:** BROWN
**Eye Color:** BROWN

**Build:** MEDIUM
**Complexion:** FAIR

# Person 2 -

| Person Type: WITNESS | Home Phone: | Business Phone: | Other Phone: |
|---|---|---|---|
| Race: | Sex: | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: | Birth Place: | |

**Person Address:**

**Employer Information:**

**Person Information**

**Age:**
**Driver License State:**
**Driver License Country:** UNITED STATES
**Ethnic Origin:**

**Minimum Height:**
**Minimum Weight:**
**Adult/Juvenile:** ADULT

**Description**

**Hair Color**
**Eye Color:**

**Build:**
**Complexion:**

| Reporting Officer: | Department: ST MARYS SHERIFF S OFFICE | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: 02/26/2022 21:22 |
| Verifying Officer: | Department: St. Mary's County Sheriff's Office | Date/Time: 03/03/2022 9:15 |

01-22-009528

**Person 3 -** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Person Type: VICTIM | Home Phone: | Business Phone: ▓▓▓▓▓▓▓ | Other Phone: |
|---|---|---|---|
| Race: ▓▓ | Sex: ▓▓ | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: | Birth Place: | |
| Person Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |
| Employer Information: | | | |

**Person Information**

**Occupation:** DEPUTY SHERIFF     **Adult/Juvenile:** ADULT
**Ethnic Origin:** ▓▓▓▓▓▓▓

**Description**

**Hair Color:** ▓▓▓▓▓▓▓▓▓▓     **Complexion:** ▓▓▓▓
**Build:** ▓▓▓

**Victim**

**Victim Type:** LAW ENFORCEMENT OFFICER     **Injury Type 1:** NONE OBSERVED

## Property 1 - PHOTOGRAPHS

| Description: Digital photographs | Year | Make: | Model: |
|---|---|---|---|
| Category: R E C O V E R E D | Condition | Serial Number: | Color: |
| Stolen Location: | | Recovery Location: 41180 BALDRIDGE ST LEONARDTOWN MARYLAND 20650 | |

**Property Information**

**UCR Type:** MISCELLANEOUS     **Quantity/Weight:** 4
**Value:** $0.00     **Rec. Officer:** ▓▓▓▓▓▓▓▓▓▓▓▓

**Stolen/Recovered Information**

**Recovered By:** ▓▓▓▓▓▓▓▓▓▓     **Recovered Value:** $0.00
**Recovered Date/Time:** 02/25/2022 0:30

## Property 2 - KNIFE

| Description: Gerber Multipurpose Tool | Year | Make: Gerber | Model: Suspension |
|---|---|---|---|
| Category: R E C O V E R E D | Condition | Serial Number: | Color: SILVER |
| Stolen Location: | | Recovery Location: ACTION LOUNGE AND BILLIARDS 25470 POINT LOOKOUT RD LEONARDTOWN MARYLAND 20650 (ST MARYS County) | |

| Reporting Officer: | Department: ST MARYS SHERIFF S OFFICE | Report Status: Approved |
|---|---|---|
| Supervising Officer: ▓▓▓▓▓▓▓▓ | | Date/Time: 02/26/2022 21:22 |
| Verifying Officer: | Department: St. Mary's County Sheriff's Office | Date/Time: 03/03/2022 9:15 |

**Property Information**

**UCR Type:** CAMPING/HUNTING/FISHING EQUIP/SUPP
**Value:** $30.00

**Quantity/Weight:** 1
**Rec. Officer:**

**Stolen/Recovered Information**

**Recovered By:**
**Recovered Date/Time:** 02/25/2022 23:47

**Recovered Value:** $30.00

## Narrative 1 - ORIGINAL

BWC utilized. #145 observed.

On Friday, February 25, 2022, at 2337 hours, I responded to 25470 Point Lookout Road Leonardtown, MD 20650 for a reported threats call. Upon arrival, I contacted the complainant,
As the complainant was explaining the circumstances as to why we were called, due to possible gang activity, I observed the suspect, John Andries being removed from the bar by security. Witness who was hired as security for the bar, advised that Andries was removed from the bar for being heavily intoxicated, and making patrons feel uncomfortable. Andries was reported to have pulled a female patron's hair. Andries was intoxicated and attempting to re-enter the bar while being actively held by security. Andries was willfully acting in a disorderly manner which drew the attention of other patrons and disturbed the public peace. Sgt. and I attempted to calm Andries down by speaking with him and advising him if the bar wants him out, he must stay out. The suspect continued to attempt to pull at the door handle, stating he wanted to go back inside. At this time Andries was being belligerent and stated that he wanted to go back inside to the bar. Sgt. and I told the suspect he would have to either go home or he would be placed under arrest.

Andries then poked Sgt. in the chest, at which time an armbar was used to place him up against the wall. I then placed the suspect in handcuffs. The suspect refused to allow us to take him to our patrol vehicle, and he sat down on the ground, forcing us to pick him up and carry him to our patrol vehicle. Once at the patrol vehicle, Andries refused to fully sit inside the vehicle, allowing only his upper body into the seat and his lower body to remain outside the vehicle. Andries refused to sit in the vehicle and repeatedly kicked at Sgt. and I as we attempted to place his legs inside the vehicle. Other units arrived and attempted to assist us in placing Andries inside the vehicle. Sgt. advised Andries if he did not sit in the vehicle, he would be tased. Andries continued to refuse to sit fully inside the vehicle, at which point Sgt. drive stunned Andries on the leg with his agency-issued taser. Andries continued to refuse to enter the vehicle and was again drive stunned by Sgt.

The St. Mary's County Detention and Rehabilitation Center was contacted and requested they respond to transport Andries from the premises to the Detention Center. Upon their arrival, he refused to be transported and was carried from my patrol vehicle to the detention center's transport vehicle where he refused to enter. Andries was then carried by Sgt. and I to the back of the van where he was placed inside and transported to the SMCDRC.

Contact was made with the FBI, and it was learned Andries was part of the recent insurrection at the capital.

Andries was charged with one count of Disorderly Conduct CR 10-201(c)(2), one count of Assault Second Degree CR 3-203, and Resisting Arrest CR 9-408(b).

All photographs were submitted to the photo evidence file. Andries' knife was removed from his person and was placed into the property for safekeeping. Andries was advised how to reclaim his knife from the Property Section upon his release from the Detention Center.

This case is cleared by arrest. No further.

| **Reporting Officer:** | **Department:** ST MARYS SHERIFF S OFFICE | **Report Status:** Approved |
|---|---|---|
| **Supervising Officer:** | | **Date/Time:** 02/26/2022 21:22 |
| **Verifying Officer:** | **Department:** St. Mary's County Sheriff's Office | **Date/Time:** 03/03/2022 9:15 |

## Incident

| Case Number:<br>01-22-009528 | Report:<br>02/25/2022 23:46 | Occured From: | Occured To: | Report Type:<br>Supplemental |
| --- | --- | --- | --- | --- |
| Department Classification:<br>ASSAULT | | Case Status:<br>CLEARED BY ARREST | Case Status Date:<br>03/03/2022 | Cleared: |
| Common Name:<br>ACTION LOUNGE AND BILLIARDS 25470 POINT LOOKOUT RD LEONARDTOWN MARYLAND 20650 (ST MARYS County) | | | | |

**Arrived:** 02/25/2022 23:42
**Map Reference:** LEON2F1
**User Defined Table 1:** NO
**User Defined Table 2:** N/A EXPLAIN
**User Defined Table 3:** NO
**Location Type:** BAR/NIGHT CLUB

**District:** DISTRICT 2
**Zone/Division:** BEAT F1
**Beat Assignment:** SECTOR F
**Alcohol Related:** YES
**Drug Related:** NO

**Related Cases**

**Case Number:** 9529-22

## Narrative 1 - SUPPLEMENTAL

******BWC Utilized*******

On 2/25/22 at approximately 2347 hours I responded to the Action Billiards & Lounge for a report of an unrelated call.
While Dep. ▓▓▓▓▓ and I were there we observed several security members including Witness ▓▓▓▓▓ escorting Suspect John Daniel Andries out of the establishment.

We went over and I introduced myself to him and told him he needed to leave.
The suspect was very intoxicated and was escorted out for assaulting several people in the establishment. I gave the suspect several warnings that he needed to leave the area, or he would be arrested for disorderly conduct.
On the last and final warning, the suspect stated "Nope" and pushed me in my chest.
I utilized an Arm Bar and placed the suspect against a brick wall.
Dep. ▓▓▓▓▓ and I were able to place him into custody.
As we were walking the suspect to our vehicle I had ahold of the suspect's left arm.
The suspect for no reason stopped walking and sat on the ground.
After several warnings to get up, Dep. ▓▓▓▓▓ and I carried him the rest of the way to the vehicle. Once at the vehicle the suspect refused to get into the back seat.
After several requests for him to get in the vehicle, I lifted him up and was able to get him partially in the vehicle, however, he still had his legs out.
After several warnings that he would be tased and the suspect still, not complying I administered two dry stuns on the suspect's left thigh.
This had no effect on the suspect. The suspect just sat down further onto the floor of the vehicle.
Dep. ▓▓▓▓▓ arrived on the scene and attempted to talk to the suspect with negative results.
Having no success with talking with the suspect I decided that SMCDRC Van would be requested.
While waiting for the van the suspect started to kick me in both of my thighs, so I pinned his legs towards the vehicle door with my legs and held his head until the van arrived on the scene.

I assisted with carrying the suspect to the back of the van where he was placed in leg irons and placed in.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Contact was made with the FBI, and it was learned that the suspect was part of the recent insurrection at the capital.

I had no further action in this case.

| Reporting Officer:<br>▓▓▓▓▓ | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved |
| --- | --- | --- |
| Supervising Officer:<br>▓▓▓▓▓ | | Date/Time:<br>03/03/2022 1:06 |
| Verifying Officer:<br>▓▓▓▓▓ | Department:<br>St. Mary's County Sheriff's Office | Date/Time:<br>03/03/2022 9:19 |