

# DISTRICT COURT OF MARYLAND FOR Saint Mary's County
Located at 23110 Leonard Hall Dr., Leonardtown, Maryland 20650

Case No. D-043-CR-22-001682

**STATE OF MARYLAND**    VS.    **ANDRIES, JOHN D.**
UNKNOWN
PINEY POINT, MD 20674-0000

| CC#: | SID: | FBI#: |
|---|---|---|
| LID: | DL#: | |
| Race: W  Sex: M | Ht: 5' 08"  Wt: 0 | Hair: BRO  Eyes: |
| DOB: | Home phone: | Cellphone: |

**Charge | Statute | Arrest**
ASSAULT-SEC DEGREE | CR 3 203 |

**Charge | Statute | Arrest**

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Saint Mary's County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for Preliminary Inquiry in this Court on 12/16/2022 at 1:00PM, Room: 02 , and also to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 10/17/2022    Judge/Commissioner/Clerk: _____  ID: 4090
Given to: ST MARY'S COUNTY SHERIFF DEPT
**NOTICE TO OFFICER:** If not served by 12/12/2022, return to the Court.

### ACKNOWLEDGEMENT
I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: _____    Signature of Defendant: _____

### RETURN OF SERVICE

☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at
_____ o'clock ___M. on _____ at _____
                                 Date                    Place

☐ I certify that the defendant could not be found.
☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____    _____
Signature of Issuing Officer                  Officer's Title

_____
Printed Name of Officer

_____    _____
Date                                           Agency, Sub Agency, I.D.

DC-CR-005 (Rev. 05/2021)    Tracking No. 221001190771



# DISTRICT COURT OF MARYLAND FOR Saint Mary's County

Located at 23110 Leonard Hall Dr., Leonardtown, Maryland 20650

Case No. D-043-CR-22-001682

**STATE OF MARYLAND** VS. **ANDRIES, JOHN D.**
UNKNOWN
PINEY POINT, MD 20674

COMPLAINANT:

| | | | |
|---|---|---|---|
| CC#: | SID: | | FBI#: |
| LID: | DL#: | | |
| Race: W  Sex: M | Ht: 5' 8" | Wt: | Hair: BRO  Eyes: |
| DOB: | Home phone: | | Cellphone: |

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF _____ IT IS FORMALLY CHARGED THAT ANDRIES, JOHN D. at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE<br>On or About 10/17/2022<br>RUDDY DUCK, ST GEORGES,<br>ST MARY'S COUNTY, MARYLAND<br>did assault _____ in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |

Date : 10/17/2022  Time : 10:27 AM
Tracking No. 221001190771

Judicial Officer: 

4090



**DISTRICT COURT OF MARYLAND F**
LOCATED AT (COURT ADDRESS)
23110 Leonard Hall Dr.
Leonardtown, MD 20650

D-043-CR-22-001682



| COMPLAINANT | DEFENDANT |
|---|---|
| Printed Name: [redacted] | Printed Name: Joh D. Andrew |
| Address: [redacted] | Address: [redacted] |
| City, State, Zip / Telephone | City, State, Zip: [redacted] MD 20674   Telephone |
| Agency, Sub-agency, and I.D. # (Officer Only) | CC# |

DEFENDANT'S DESCRIPTION: Driver's License # ____   Sex M   Race W   Ht 5   Wt 8
Hair Bal/Brn   Eyes Brn   Complexion White   Other ____   DOB 37-38   ID ____

### APPLICATION FOR STATEMENT OF CHARGES

Page 1 of ___

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about **10/17/22** at **Roddy Duck St Georges**, the above named defendant

Assaulted the Complainant by punching in the Face. Cont see DC-CR-001A

(Continued on attached __1__ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Date: **10/17/22**

I have read or had read to me and I understand the notice on the back of this form.

Subscribed and sworn to before me **10/17/22** at **8:34** ☑ AM ☐ PM
Judge/Commissioner ____   ID Number ____

I understand that a charging document will be issued and that I must appear for trial ☐ on ____
at ____, ☐ when notified by the clerk, at the court location shown at the top of this form.

Applicant's Signature

☐ The applicant requests reasonable protection for safety of the alleged victim or the victim's family:
(Describe)

☐ I have advised applicant of the right to request shielding.   ☐ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

Date ____   Commissioner ____   ID Number ____

## NOTICE TO APPLICANT FOR A CHARGING DOCUMENT

You are applying for a charging document which may lead to the arrest and detention of the person you are charging. If the commissioner issues a charging document, neither you nor the commissioner may withdraw the charges later. The charge may only be disposed of by trial or by action of the State's Attorney.

You must appear at the trial as a witness. Unless you are excused by the State's Attorney, failure to appear on the date set by the court could result in your arrest for failure to obey a court order.

You are filing the application under oath. Criminal Law Article § 9-503, of the Annotated Code of Maryland makes it a crime to knowingly make a false statement in order to have charges brought or an official investigation started.

Please give as much information as possible about the offense. <u>This form should enable the judicial officer who reads it to come to conclusions about what has happened. You should explain what you know about what has happened, and how you know it.</u> Your application should clearly state the following:

1. WHO?
   Identify the accused, (the person about whom you are complaining), and identify yourself. Explain how you know that the accused is the person who did what you are complaining about.

2. WHEN?
   State the time, day, month and year of the offense.

3. WHERE?
   State the exact address and street, the city, county and state where the offense happened. Also state whether the offense happened in a private home or in some public place.

4. WHAT?
   State exactly what was done, and to whom it was done. For example, if property was taken, describe it and its value; or, if property was damaged or destroyed, indicate the original cost of the item or its replacement value. If you do not know the exact value, estimate it as accurately as possible.

5. WHY?
   The intent and motivation of the accused are important. State any information which relates to these questions.

6. HOW?
   Explain how the accused committed the offense. For example, if you were physically assaulted, were you struck with a fist, a flat hand, kicked, or pushed, or were you struck with an object, such as a club or pipe, etc.? If property was taken, how did the accused get it? If it was destroyed or damaged, how did the accused cause the damage?

7. At the top of the application, you will notice a space marked "DEFENDANT'S DESCRIPTION." The information in this space refers to the **accused**. Please furnish as much information as possible so that the accused may be easily identified.

If you need assistance in completing your application, please ask the commissioner.

You may request that the address and telephone number of a victim, complainant, or witness be considered for shielding at the time you file this application.

**NOTICE: Remote access to the name, address, telephone number, date of birth, e-mail address, and place of employment of a victim or non-party witness is blocked. (Md. Rule 16-918)**

**DISTRICT COURT OF MARYLAND FOR** St Marys County (City/County)

LOCATED AT (COURT ADDRESS)

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

Andres, John D.

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 1 of 1

I, Complainant [REDACTED], observed John Andres, Defendant video recording the Complainant. The Complainant stopped to ask the Defendant to cease. The Defendant exited his vehicle and approached the Complainants vehicle, the Complainant asked the Defendant to cease video or photo recording the Complainant, he stated "you want to talk". The Complainant asked about what just took place, the Defendant said let me get my phone to record this, the Complainant proceeded to leave the scene and accidentally selected the wrong gear and the vehicle rolled back. At which time the Defendant ran to the driver door of the Complainant and began punching the Complainant in the face and chest. The Complainant then selected the correct drive gear and left the scene.

John Andres is Complainant's Girlfriends Ex Boyfriend & father to her son.

10/17/22 Date

Applicant's Signature

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)  Print Date (05/2016)




# DISTRICT COURT OF MARYLAND FOR ST. MARY'S COUNTY

23110 LEONARD HALL DR, LEONARDTOWN, MD 20650
301-880-2700

Case No. D-043-CV-22-821120

Date: 10/17/2022 11:30 AM

**JOHN ANDRIES** vs ▇▇▇▇▇▇▇▇▇

## TEMPORARY PEACE ORDER

After the appearance of the petitioner, and

A. Considering the petition and evidence, the court finds reasonable grounds to believe that respondent within 30 days before the finding of the petition:

  1. Has committed the following act(s) against the petitioner:

  act(s) which placed the person for whom protection is sought in fear of imminent serious bodily harm.

**True Test Copy**
Administrative Clerk
By: _____ Date: 10/17/22

**The court ORDERS:**

1. Unless stated otherwise below, this order is effective through 10/24/2022.

2. The respondent SHALL NOT commit or threaten to commit any of the following acts against the petitioner or the person for whom protection is sought; an act which causes serious bodily harm; an act that places the petitioner or the person for whom protection is sought in fear of imminent serious bodily harm; assault; false imprisonment; harassment; stalking; trespass; malicious destruction of property; misuse of telephone facilities and equipment; misuse of electronic communication or interactive computer service; revenge porn; or visual surveillance.

3. Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means), attempt to contact the person for whom protection was sought.

4. Respondent SHALL NOT enter the residence of the person for whom protection was sought at 46012 CROWDER LANE, PINEY POINT, MD, 20674 or wherever they resides. (Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling)

5. This order supersedes and overrides any previously entered Interim Peace Order issued by a commissioner.

A FINAL PEACE ORDER HEARING SHALL BE HELD ON 10/24/2022, AT 09:00AM AT DISTRICT COURT AT 23110 LEONARD HALL DR, LEONARDTOWN, MD 20650 IN ROOM 01.

> If the court is closed unexpectedly on the day this Temporary Peace Order expires, the order will remain in effect until the second day the court is open. The Final Peace Order hearing will be held at 09:00 AM.

NOTICE TO ALL PARTIES: Please bring all photos, documents and other evidence that you may have with you to court on your hearing date.

10/17/2022 11:30AM

JUDGE ROBERT B. RIDDLE

9U4
ID Number

## NOTICE TO RESPONDENT

A Peace Order petition alleges that you have committed one or more prohibited acts. On the basis of the petition this Temporary Peace Order has been issued. Violation of this Temporary Peace Order may be a crime or contempt of court or both, and may result in criminal prosecution and imprisonment or fine or both.

Page 1 of 2

CC-DC-PO-002JO (Rev.03/2022)

Case 1:21-cr-00093-RC   Document 66-2   Filed 00/20/23   Page 7 of 7



## DISTRICT COURT OF MARYLAND FOR ST. MARY'S COUNTY

23110 LEONARD HALL DR, LEONARDTOWN, MD 20650
301-880-2700

Case No. D-043-CV-22-821120
Date: 10/17/2022 11:30 AM.

### JOHN ANDRIES vs ▮▮▮▮▮
### TEMPORARY PEACE ORDER

In order to respond to the allegation(s) contained in the petition, you must appear in court at the Final Peace Order hearing on the date, time, and location indicated on page 1 of this Temporary Peace Order. If at the hearing the court finds by a preponderance of the evidence that a prohibited act occurred within 30 days before the filing of the petition, and is likely to occur in the future, the court may issue a Peace Order against you whether you appear or fail to appear, and may order all or part of the relief requested by the petitioner or granted in the Temporary Peace Order. A peace order (Interim, Temporary or Final) may order the respondent not to commit or threaten to commit a prohibited act; not to contact, attempt to contact, or harass the person for whom protection is sought; not to enter a residence of the person for whom protection is sought; and to stay away from any place of employment, school, or temporary residence of the person for whom protection is sought. A Final Peace Order may be effective for as long as six (6) months and can be extended an additional six (6) months for good cause, after notice to parties and a hearing.

If you fail to appear in court and a Final Peace Order is issued against you, you may be served by first class mail at your last known address with the Final Peace Order and all other notices concerning the Peace Order. The Peace Order will be valid and enforceable whether you are, or are not in court and whether you do, or do not actually receive it. You also may obtain a copy of the Peace Order from the District Court clerk. You must notify the court in writing of any change of address.

### NOTICE TO ALL PARTIES

Each party may be represented by an attorney at the Peace Order hearing. Due to the emergency nature of the hearing, however, the hearing may be held even if a party requests more time to obtain an attorney.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

If the court is closed on the day this Temporary Peace Order expires, the order will remain in effect until the second day   the court is open. The Final Peace Order hearing will be held at 09:00 AM.