# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-093 (RC)** |
| v. : | |
| : | |
| **JOHN D. ANDRIES,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this supplemental notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are eight digital videos, which will be referenced by the government in its sentencing memoranda and may be published at the time of sentencing. The government has no objection to the public release of these exhibits. The government will make the following video exhibits available to the Court electronically:

| Exhibit No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 1 | Exhibit 1- tent throw.mp4 | Related case | Approx. 2:00 pm | 4 minute, 21 second video |
| 2 | Exhibit 2- Andries in Crypt.mp4 | Capitol CCTV | Approx. 2:16 pm | 25 second video |
| 3 | Exhibit 3- The Resistance video- Crypt.mp4 | Another investigation/open-source | Approx. 2:17 pm to 2:23 pm | 6 minute, 48 second video |
| 4 | Exhibit 4- Andries statements inside Capitol.mp4 | Andries's phone | Between approx. 2:25 pm and 2:44 pm | 2 minute, 11 second video |
| 5 | Exhibit 5- Shoving match at exit.mp4 | Capitol CCTV | Approx. 2:56 pm | 52 second video |
| 6 | Exhibit 6- Andries statements outside.mp4 | Andries's phone | After 2:56 pm | 38 second video |
| 7 | Exhibit 7- Andries statements outside 2.mp4 | Andries's phone | After 2:56 pm | 30 second video |

| 8 | Exhibit 8- Andries on BWC | MPD body-worn camera | Approx. 4:28 pm | 51 second video |

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    */s/ Douglas G. Collyer*
DOUGLAS G. COLLYER
Assistant United States Attorney (Detailee)
NDNY Bar No. 519096
United States Attorney's Office
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
Douglas.Collyer@usdoj.gov