UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No.   21-cr-93 (RC) |
| **JOHN ANDRIES** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

John Andries, through undersigned counsel, respectfully requests that Court grant his request to modify his current conditions of supervised release to allow use of marijuana for medicinal purposes pursuant to 18 U.S.C. § 3583(e)(2). Below are the reasons in support:

1. On January 17, 2023, Mr. Andries was sentenced to 12 months and one day of incarceration after pleading guilty to one felony count of 18 U.S.C. §1512(c)(2).  *See* ECF No. 76. Mr. Andries was also sentenced to 36 months' supervised release with the standard conditions, in addition to participation in mental health treatment and a condition that he not use or possess alcohol. *Id*.

2. Mr. Andries has finished serving his sentence of incarceration and has begun service of his supervised release term. He has reported to probation and is being supervised by the District of Maryland.

3. Mr. Andries still suffers from Multiple Sclerosis ("MS"), a condition that was exacerbated while in prison. He respectfully requests that the Court modify his conditions of supervised release to permit him to use cannabis only for medicinal purposes to alleviate the symptoms of his MS. Mr. Andries has a medical prescription issued by the State of

1

Maryland to use a limited amount of cannabis for his "chronic pain." *See* Exhibit 1, Medical Prescription.

4. The Court can modify Mr. Andries conditions of supervised release pursuant to 18 U.S.C. § 3583(e)(2).

5. Mr. Andries has refrained from using his prescription to await the approval of the Court.

6. To undersigned counsel's knowledge, he has been compliant with his supervised release thus far.

7. Counsel has made attempts to contact government counsel and probation with no success. As such, she is unaware of their position regarding this request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org