UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-93 (RC) |
| | : | |
| JOHN ANDRIES, | : | Re Document No.:   79 |
| | : | |
| Defendant. | : | |

### ORDER

On November 2, 2023, Defendant John Andries filed a motion to modify the conditions of his supervised release. *See* ECF No. 79. In his motion, Defendant "requests that the Court modify his conditions of supervised release to permit him to use cannabis only for medicinal purposes to alleviate the symptoms of his [Multiple Sclerosis]." *Id.* at 1. He states that the State of Maryland issued him a "medical prescription" but that he has "refrained from using his prescription" pending the Court's "approval." *Id.* at 2.

Because federal law still prohibits the use of marijuana, the Court does not believe that it may authorize Defendant's use of the substance despite the fact that he has obtained a prescription from the State of Maryland. That said, the Court does not expect that it would consider Defendant's use of medical marijuana to be a violation of the terms of his supervision subject to sanction, provided that Defendant uses marijuana as expressly prescribed by a physician and at prescribed amounts that do not cause his impairment. Accordingly, it is hereby **ORDERED** that Defendant's Motion to Modify Conditions of Supervised Release (ECF No. 79) is **DENIED.**

**SO ORDERED**.

Dated: November 15, 2023                                          RUDOLPH CONTRERAS
                                                                                       United States District Judge